SAMUEL RUDIN, Respondent, v. JACOB D. COHEN, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon

the ground that the finding that plaintiff was free from contributory negligence was against the weight of the evidence.   Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.